UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ALLSTATE INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:15-CV-121-CCS |
| | ) | |
| JOE MAWHINNEY., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, Plaintiff Allstate Insurance Company's Motion for Summary Judgment **[Doc. 24]** is **GRANTED.** The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED**.

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

ENTERED AS A JUDGMENT
 s/ *Debra C. Poplin*
CLERK OF COURT